**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

v.

JOSE VAZQUEZ-RAMIREZ,

　　　　　Defendant - Appellant.

No. 14-10036

D.C. 4:13-cr-00877-JGZ-BGM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted February 17, 2015[**]

Before:　　O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

　　Jose Vazquez-Ramirez appeals from the district court's judgment and

challenges his jury-trial conviction and 63-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Vazquez-Ramirez's counsel has filed a brief stating that there are

---

　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

no grounds for relief, along with a motion to withdraw as counsel of record. Vazquez-Ramirez has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

We decline to review Vazquez-Ramirez's pro se ineffective assistance of counsel claim on direct appeal because this is not one of the "unusual cases where (1) the record on appeal is sufficiently developed to permit determination of the issue, or (2) the legal representation is so inadequate that it obviously denies a defendant his Sixth Amendment right to counsel." *United States v. Rahman*, 642 F.3d 1257, 1260 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

14-10036